*Zashin & Rich Co., L.P.A., Jonathan A. Rich* and *Stephen S. Zashin,* for appellee.

JOHNSON, APPELLEE, *v.* GREENE COUNTY DRUG TASK FORCE ET AL., APPELLANTS.

[Cite as *Johnson v. Greene Cty. Drug Task Force* (2001), 91 Ohio St.3d 199.]

(Nos. 00–472 and 00–481—Submitted November 29, 2000—Decided March 28, 2001.)

The judgment of the court of appeals is affirmed because there is a want of a final appealable order. *Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Gregory A. Shell,* for appellee.

*Suzanne M. Schmidt,* Greene County Assistant Prosecuting Attorney, Civil Division, for appellant Greene County Drug Task Force.

*Jenks, Surdyk & Cowdrey Co., L.P.A.,* and *Jeffrey C. Turner,* for appellants Richard Bishop, William Schenck, David Mesaros, Robert Hendrix, Greene County Prosecutor's Office, Greene County Sheriff's Office, and Detective Larry Fletcher.

*Freund, Freeze & Arnold, Neil F. Freund* and *Lynnette Pisone Ballato,* for appellants city of Xenia and Detective Richard Thomas.

*Bieser, Greer & Landis, L.L.P., James H. Greer* and *Joseph C. Oehlers,* for appellant city of Fairborn.

*Dinsmore & Shohl, L.L.P.,* and *Gary E. Becker,* for appellant city of Beavercreek.

*John E. Gotherman, Barry M. Byron* and *Stephen L. Byron,* urging reversal for *amicus curiae,* Ohio Municipal League.

*Bricker & Eckler L.L.P., Kurtis A. Tunnell* and *Anne Marie Sferra,* urging reversal for *amicus curiae,* County Commissioners Association of Ohio.

*Law Offices of Nicholas E. Subashi, Nicholas E. Subashi* and *David J. Arens,* urging reversal for *amicus curiae,* Ohio Association of Civil Trial Attorneys.

*Betty D. Montgomery,* Attorney General, and *Arthur J. Marziale, Jr.,* Assistant Attorney General, urging reversal for *amicus curiae,* Ohio Attorney General.

*Reminger & Reminger Co., L.P.A.,* and *Nick C. Tomino,* urging reversal for *amicus curiae,* Ohio Government Risk Management Plan.

*William D. Mason,* Cuyahoga County Prosecuting Attorney, and *Kathleen A. Martin,* Assistant Prosecuting Attorney, urging reversal for *amici curiae,* Cuyahoga County and Ohio Prosecuting Attorneys Association.

*Walter & Haverfield, P.L.L., R. Todd Hunt* and *Barbara Marburger,* urging reversal for *amici curiae,* Ohio Association of Chiefs of Police, Ohio Township Association, and Cuyahoga County Law Directors' Association.

*Paul L. Cox,* Chief Counsel, urging reversal for *amicus curiae,* Fraternal Order of Police of Ohio, Inc.

*R. Sean Grayson,* General Counsel, and *Kimm A. Massengill,* Associate General Counsel, urging reversal for *amicus curiae,* Ohio Council 8, AFSCME, AFL–CIO.